IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ABRAHAM G. PINZON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-25-685-D |
| | ) |
| MICHAEL LEOZ, et al., | ) |
| | ) |
| Defendants. | ) |

### ORDER

Plaintiff, appearing *pro se*, filed this action pursuant to 42 U.S.C. § 1983, alleging violations of his constitutional rights. Defendants include a United States Health & Human Services manager based in San Francisco, California; and five U.S. District and Magistrate Judges on the United States District Courts for the Northern District of California, the Western District of Texas, and the District of Maryland.

Plaintiff's claims are far from clear. He alleges that "[f]ederal officials engage in insurrection, rebellion v. U.S.[,] provide aid and comfort to actors and acts that defy U.S. laws and Constitution, and cede federal authority to a failed, corrupt nation state [within] our borders." [Doc. No. 1, at 3]. Plaintiff's action seems to stem from adverse decisions he received in his duplicative prior actions involving the Department of Health & Human Services, filed in the Northern District of California (Case No. CIV-22-2388-VC, Case No. CIV-22-3744-VC, Case No. CIV-22-7277-LB, Case No. CIV-23-1571-AMO, and Case No. CIV-25-2770-KAW); the Eastern District of California (Case No. CIV-23-8-DJC-SCR); the Western District of Texas (Case No. CIV-24-320); and the District of Maryland

1

(Case No. CIV-23-2714-JRR and Case No. CIV-24-1246-LKG). Upon review of the foregoing dockets, Plaintiff's duplicative actions have repeatedly been dismissed as frivolous. Case No. CIV-25-2770-KAW (N.D. Cal.) is currently on appeal.

Upon review of Plaintiff's complaint, the Court finds that venue is improper in this Court. As noted by Plaintiff, the events giving rise to his claims occurred in "California, Texas, [and] Maryland." [Doc. No. 1, at 5]. None of the alleged events occurred in this district, none of the defendants reside in this district, and there are other districts where this action could be brought. *See* 28 U.S.C. § 1391(b).

Under 28 U.S.C. § 1404(a), "[f]or the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought[.]" However, Plaintiff has repeatedly filed similar actions against the Department of Health and Human Services, continuously adding as defendants the U.S. District and Magistrate Judges who issue rulings adverse to him. For these reasons, the Court declines to transfer this action under § 1404(a).

**IT IS THEREFORE ORDERED** that this case is **DISMISSED** without prejudice. A separate judgment shall be entered. In light of this dismissal, Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* [Doc. No. 2] is **DENIED** as **MOOT**.

**IT IS SO ORDERED** this 31st day of July, 2025.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge